IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00571 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING ONE WEEK CONTINUANCE** |
| BENJAMIN LEANO CANIAVERAL, | |
| Defendant. | |

Finding no good cause, the government's request for a continuance is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 11, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE