ORIGINAL                                                                    ORIGINAL

1   Demetrius Costy Bar No. 202905
    1 Kaiser Plaza, Suite 2300
2   Oakland, California 94612-3616
    Tel. No. (510) 836-0100
3   Fax No. (510) 832-3690

4   Attorney for *Defendant* BENJAMIN LEANO CANIAVERAL

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11   | UNITED STATES OF AMERICA, | No. **CR** 06-0571 WHA |

12                *Plaintiff,*               Court: Hon. William H. Alsup
             vs.

13   BENJAMIN LEANO CANIAVERAL,              [proposed] ORDER

14

15               *Defendant.*

16

17

18       Upon the stipulation of the parties, and for good cause which was presented at the change

19   of plea hearing on October 31, 2006.  The probation department and/or Pretrial Services are

20   ordered to remove defendant from electronic monitoring.

21

22

23   Dated: _____December 4_____, 2006.

24                                                    _____
                                                       William H. Alsup
25                                                    *UNITED STATES DISTRICT COURT JUDGE*

26

27

28

                                    1