Case 3:06-cr-00571-WHA Document 17 Filed 01/09/2007 Page 1 of 3
Case 06-00571-WHAD Document 617 Filed 01/09/2007 Page 1 of 3

ORIGINAL                                                                                   ORIGINAL

**Demetrius M. Costy** Bar No. 202905
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for *Defendant* BENJAMIN LEANO CANIAVERAL

United States District Court
Northern District of California
San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. BENJAMIN LEANO CANIAVERAL, *Defendant.* | No. **CR 06-0571 WHA** STIPULATION TO CONTINUE THE JANUARY 16, 2007 SENTENCING HEARING; ~~PROPOSED~~ ORDER |

STIPULATION TO CONTINUE THE JANUARY 16, 2007
SENTENCING HEARING; PROPOSED ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between Nathanael M. Cousins, Special Assistant United States of Attorney, and Demetrius M. Costy, attorney for defendant Benjamin Leano Caniaveral, that defendant's sentencing hearing, presently set for January 16, 2007 at 2:00 pm, be vacated and continued to March 6, 2007 at 2:00pm.

This Stipulation is entered into for the following reasons:

1. Defense counsel was unexpectedly detained in a prolonged hearing and therefore unable to attend the previously scheduled probation meeting.

2. As of 12-28-06 Probation Officer Ackermann is still awaiting the necessary documents to aide him in the calculation of defendant's criminal history.

ORIGINAL                                                                                                ORIGINAL

1

2   \_\_\_1/3/2007_____    _____

3   (date)                                                      Nathanael M. Cousins
                                                                Assistant United States Attorney
4

5   Thursday, December 28, 2006                    _____

6   (date)                                                      Demetrius Costy
                                                                Attorney for *Defendant* BENJAMIN CANIAVERAL

7

8

...

28

ORIGINAL                                                              ORIGINAL

1  **Demetrius M. Costy** Bar No. 202905
   1 Kaiser Plaza, Suite 2300
2  Oakland, California 94612-3616
   Tel. No. (510) 836-0100
3  Fax No. (510) 832-3690
   Attorney for *Defendant* BENJAMIN LEANO CANIAVERAL

### United States District Court
### Northern District of California
### San Francisco Division

| UNITED STATES OF AMERICA, | No. **CR 06-0571 WHA** |
|---|---|
| *Plaintiff,* vs. | STIPULATION TO CONTINUE THE JANUARY 16, 2007 SENTENCING HEARING; ~~PROPOSED~~ ORDER |
| *Benjamin Leano Caniaveral,* | |
| *Defendants.* | |

**ORDER**

Good cause appearing, defendant Benjamin Leano Caniaverals' sentencing hearing, presently set for January 16, 2007 at 2:00 pm, be vacated and continued to March 6, 2007, at 2:00pm.

Dated: ~~Oakland, California,~~ January 8, 2007 _____

_____
William H. Alsup
United States District Court Judge

---
3
Stipulation to Continue January 16, 2007 Sentencing Hearing; Order