**Demetrius Costy** Bar No. 202905
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Benjamin Leano Caniaveral*

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. BENJAMIN LEANO CANIAVERAL *Defendant.* | No. CR 06-0571 WHA ~~PROPOSED~~ ORDER |

~~PROPOSED~~ ORDER

Good cause appearing, defendant Benjamin Leano Caniaveral's sentencing hearing, presently set for March 15, 2007 at 2:00pm, be vacated and continued to ~~March 27, 2007 at 2:00pm.~~ April 2, 2007 at 10:00am.

Dated: March 15, 2007

_____
Judge William Alsup
United States District Court Judge

- 3 -